JOHNSON et al. v. L. & P. GAS COMPANY INC.

CANDLER, Justice. There is no provision of law for reviewing by writ of error an interlocutory order merely dissolving a temporary restraining order (*Taylor* v. *Cleghorn Bros.,* 178 *Ga.* 765, 174 S. E. 239; *Hitchcock* v. *Hamilton,* 184 *Ga.* 700, 192 S. E. 726; *Jones* v. *Graham,* 187 *Ga.* 622, 1 S. E. 2d, 635) ; and the motion to dismiss the writ of error must be sustained.  *Writ of error dismissed. All the Justices concur.*

No. 15769. APRIL 15, 1947.

*John F. Brannen,* for plaintiffs.  *Fred T. Lanier,* for defendant.